IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Shawn Manning, et al.<br>    *Plaintiffs,*<br>    v.<br>John McHugh, in his official capacity as<br>Secretary of the Army, et al.<br>    *Defendants.* | Civil Action No. 1:12-cv-01802 (CKK) |

## **AFFIDAVIT OF SERVICE**

I, Reed D. Rubinstein, hereby declare that on the 1st day of May, 2013, in accordance with Fed. R. Civ. P. 4, I mailed a copy of the Amended Complaint in this matter certified mail, return receipt requested, to Major Nidal Hasan, an active duty member of the United States Army, who is currently incarcerated in the Bell County Jail in Belton, Texas. Copies were sent to him at the Jail and at 101 Army Pentagon, Washington, D.C., 20130. Attached hereto is the certified green card acknowledging receipt of service on the 3rd day of May, 2013, from the Jail. On the 6th day of May, 2013, we received proof of delivery to the Army using the United States Postal Services tracking website.

I also declare that copies of the Summons and original Complaint were previously served on Maj. Hasan on the 9th day of November, 2012 (*see* Case Docket document Number 6).

Respectfully submitted,

Reed D. Rubinstein
DINSMORE & SHOHL LLP
801 Pennsylvania Avenue, Suite 610
Washington, DC 20004
Telephone: (202) 372-9120
Email: reed.rubinstein@dinsmore.com

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Nidal Hasan
    c/o Bell County Jail
    113 West Central Ave.
    Belton, Texas 76513

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☒ Agent  ☐ Addressee
B. Received by (Printed Name): HANAS
C. Date of Delivery: 5-3-13
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

7011 3500 0001 9054 5443

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

English   Customer Service   USPS Mobile                                        Register / Sign In



Search USPS.com or Track Packages

Quick Tools          Ship a Package      Send Mail        Manage Your Mail    Shop        Business Solutions

# Track & Confirm

GET EMAIL UPDATES   PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70113500000190545436 | Priority Mail® | Delivered | May 6, 2013, 8:12 am | WASHINGTON, DC 20310 | Expected Delivery By: May 2, 2013 Certified Mail™ Return Receipt |
| | | Available for Pickup | May 5, 2013, 12:28 pm | WASHINGTON, DC 20310 | |
| | | Arrival at Unit | May 5, 2013, 9:31 am | WASHINGTON, DC 20018 | |
| | | Depart USPS Sort Facility | May 4, 2013 | WASHINGTON, DC 20018 | |
| | | Processed at USPS Origin Sort Facility | May 4, 2013, 5:29 am | WASHINGTON, DC 20018 | |
| | | Depart USPS Sort Facility | May 3, 2013 | WASHINGTON, DC 20066 | |
| | | Processed at USPS Origin Sort Facility | May 2, 2013, 3:04 pm | WASHINGTON, DC 20066 | |
| | | Depart USPS Sort Facility | May 2, 2013 | CAPITOL HEIGHTS, MD 20790 | |
| | | Processed at USPS Origin Sort Facility | May 1, 2013, 11:50 pm | CAPITOL HEIGHTS, MD 20790 | |
| | | Dispatched to Sort Facility | May 1, 2013, 5:31 pm | WASHINGTON, DC 20004 | |
| | | Acceptance | May 1, 2013, 4:09 pm | WASHINGTON, DC 20004 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

LEGAL                              ON USPS.COM                              ON ABOUT.USPS.COM              OTHER USPS SITES
Privacy Policy ›                   Government Services ›                    About USPS Home ›              Business Customer Gateway ›
Terms of Use ›                     Buy Stamps & Shop ›                      Newsroom ›                     Postal Inspectors ›
FOIA ›                             Print a Label with Postage ›             Mail Service Updates ›         Inspector General ›
No FEAR Act EEO Data ›             Customer Service ›                       Forms & Publications ›         Postal Explorer ›
                                   Delivering Solutions to the Last Mile ›  Careers ›
                                   Site Index ›

Copyright© 2013 USPS. All Rights Reserved.